## KERMIT CURTIS DILLARD V. THE STATE.

No. 24190. December 8, 1948.
Appellant's Motion for Rehearing Denied (Without Written
Opinion) January 12, 1949.

*Shelton & Shelton*, Austin, for appellant.

*Ernest S. Geons*, State's Attorney, Austin, for the state.

BEAUCHAMP, Judge.

Apellant was convicted of the murder of T. H. Davis, Jr., without malice, and sentenced to five years in the penitentiary.

The record is before us without bills of exception and without a statement of facts. We find quite a list of exceptions taken to the court's charge but are unable to appraise their value in the state of the record as we have it.

Finding no reversible error, the judgment of the trial court is affirmed.